IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANGELA M. SANDOVAL CRUZ, | ) | 1:08cv01737 DLB |
| | ) | |
| Plaintiff, | ) | ORDER DENYING |
| | ) | EXTENSION OF TIME |
| | ) | AS MOOT |
| | ) | (Document 12) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On May 26, 2009, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file her opening brief. The parties propose to allow Plaintiff until June 15, 2009, to file her opening brief. However, pursuant to the time line set forth in the Scheduling Order, Plaintiff's opening brief is not due until June 27, 2009. Accordingly, since the stipulated time frame would actually give Plaintiff less time for filing her opening brief, the Court DENIES the stipulation as MOOT.

IT IS SO ORDERED.

Dated: **May 27, 2009**          /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE

1